IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,                      20-CR-27

    v.

ROBERT NOTTO,

        Defendant.
_____

## DEFENDANT'S SENTENCING LETTERS

**ROBERT NOTTO,** by and through Anthony M. Bruce, his retained counsel, hereby submits six letters to the Court for the Court's consideration in fashioning the sentence it will impose on him when the Court sentences him on September 16, 2020. Among the six letters are letters from his step-sister, Sara Dievendorf, and from his father which were previously submitted as Exhibits **2A** and **2B** to the Defendant's Sentencing Memorandum but which also add to the what Mr. Notto asks the Court to consider in sentencing him. The letter from the defendant which is submitted herewith was likewise submitted to the Probation Office and was quoted, both in the Presentence Investigation Report and in the Defendant's Sentencing Memorandum, but, we submit, also deserves consideration by the Court in this phase of the case.

                                                Respectfully submitted,

Dated:  September 9, 2020           /s/Anthony M. Bruce
                                                Anthony M. Bruce, Esq.
                                                Andreozzi Bluestein LLP
                                                9145 Main Street
                                                Clarence, New York 14031
                                                Tel. No.: (716) 565-1100
                                                Fax No.: (716) 565-1920
                                                Email: amb@andreozzibluestein.com